# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JANULEWICZ,<br><br>                              Plaintiff,<br>     vs.<br>BECHTEL CORPORATION,<br><br>                              Defendant. | CASE NO. 06 CV 1413 H (WMc)<br><br>**CASE MANAGEMENT ORDER** |

Pursuant to Rule 16.1 of the Local Rules, a Case Management Conference was held on October 25, 2006. Marcus Jackson, Esq., appeared on behalf of Plaintiff. Plaintiff failed to appear. Appearing for Defendant were Charles McCarthy and Thomas McInerny. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be *filed* **on or before *November 22, 2006.***

2. The parties shall disclose the identity of their respective experts in writing by ***March 19, 2007***. The date for the disclosure of the identity of rebuttal experts shall be on or before ***April 2, 2007.*** The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony. **The parties must identify any person who may be used at trial to present evidence pursuant to Fed. R. Evid. 702,**

1 **703 and 705, respectively. This requirement is <u>not</u> limited to retained experts.**

2 3. **On or before *May 4, 2007***, each party shall comply with the disclosure provisions in
3 Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. **This disclosure requirement applies to
4 all persons retained or specifically employed to provide expert testimony or whose duties as an
5 employee of the part regularly involve the giving of expert testimony.**

6 4. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence
7 under Rule 26(a)(2)(c) **on or before *June 1, 2007*.**

8 5. **Please be advised that failure to comply with this section or any other discovery
9 order of the court may result in the sanctions provided for in Fed.R.Civ.P.37 including a
10 prohibition on the introduction of experts or other designated matters in evidence.**

11 6. All discovery, including experts, shall be completed by all parties **on or before *June
12 29, 2007***. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil
13 Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in
14 advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the
15 times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel
16 shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance
17 with Local Rule 26.1(a). All discovery motions shall be filed within 30 days after counsel have met
18 and conferred and reached an impasse with regard to any particular discovery issue, but in no event
19 shall discovery motions be filed more than 30 days after the close of discovery.

20 7. A Mandatory Settlement Conference shall be conducted on *June 11, 2007* at *11:00
21 a.m.* in the chambers of Magistrate Judge William McCurine, Jr.   Counsel shall submit settlement
22 briefs **directly** to chambers and serve copies on all counsel. Plaintiff's brief shall be submitted to
23 chambers and served on all counsel **no later than *June 4, 2007*.** Defendant's brief shall be submitted
24 to chambers and served on all counsel **no later than *June 8, 2007*.** The briefs shall set forth the
25 party's statement of the case and the party's settlement position, including the last offer or demand
26 made by that party and a separate statement of the offer or demand the party is prepared to make at
27 the Settlement Conference. Settlement Conference briefs shall not exceed ten (10) pages in length, and
28 shall *not* include exhibits or attachments. All parties and claims adjusters for insured defendants and

representatives with complete authority to enter into a binding settlement, as well as the principal attorney (s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the Mandatory Settlement Conference. **Any special arrangements desired in cases where settlement authority rests with a governing body shall be proposed in advance.**

8. All other pretrial motions must be filed so that they may be heard **on or before *July 23, 2007***. *(In intellectual property cases, this would include claims construction hearings.)* Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. For example, you should contact the judge's law clerk in advance of the motion cut-off to calendar the motion. Failure to make a timely request a motion date may result in the motion not being heard.

9. Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1 (f) (2) **on or before July 30, 2007.**

10. Counsel shall comply with the Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) **on or before July 30, 2007** .

11. Counsel shall meet and take the action required by Local Rule 16.1 (f) (4) **on or before August 6, 2007.**

12. Objections to Pre-trial disclosures shall be filed no later than **August 13, 2007.**

13. The Proposed Final Pretrial Conference Order required by Local Rule 16.1 (f) (6) shall be prepared, served, and lodged on or before **August 13, 2007**.

14. The final Pretrial Conference is scheduled on the calendar of Judge Marilyn L. Huff **on August 20, 2007 at 10:30 a.m.** A trial date will be given at the Pretrial Conference.

15. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

16. The dates and times set forth herein will not be modified except for good cause shown.

17. Dates and times for hearings on motions should be approved by the Court's clerk before notice of hearing is served.

1    18.     Briefs or memoranda in support of or in opposition to any pending motion shall not
2 exceed twenty-five (25) pages in length without leave of a district court judge.  No reply memorandum
3 shall exceed ten (10) pages without leave of a district court judge.  Briefs and memoranda exceeding
4 ten (10) pages in length shall have a table of contents and a table of authorities cited.

6    **IT IS SO ORDERED.**

8 DATED:  October 25, 2006

10   Hon. William McCurine, Jr.
     U.S. Magistrate Judge
11   United States District Court

13 CC:

   HON. MARILYN L. HUFF, U.S. DISTRICT JUDGE
14
   ALL PARTIES AND COUNSEL OF RECORD